448 A.2d 1159

Commonwealth v. Keller, Appellant.

Submitted February 22, 1982.   Peter T. Campana, for appellant;  Dean N. Livermore, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Affirmed.

448 A.2d 1159

Commonwealth v. Lee, Appellant.

Submitted February 9, 1982.   John H. Corbett, Public Defender, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.